No. 88–6253.   ALLEN v. HARRIS ET AL.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 88–6254.   NOBLE v. REES, SUPERINTENDENT, DEUEL VOCATIONAL INSTITUTION.   C. A. 9th Cir.   Certiorari denied.

No. 88–6256.   MCSWAIN v. BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–6257.   PEARSALL v. DISTRICT OF COLUMBIA DEPARTMENT OF HUMAN SERVICES.   Ct. App. D. C.   Certiorari denied.

No. 88–6259.   WHITESIDE v. MINNESOTA ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–6261.   NUTTELMAN v. JULCH ET AL.   Sup. Ct. Neb.   Certiorari denied.

No. 88–6262.   PAREZ v. GENERAL ATOMIC.   C. A. 9th Cir.   Certiorari denied.

No. 88–6266.   OLIVE v. SEARS, ROEBUCK & CO.   C. A. 6th Cir.   Certiorari denied.

No. 88–6276.   MANN v. BURKE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6278.   STRICKLAND v. TILLMAN, CHIEF JUDGE, DEKALB COUNTY SUPERIOR COURT, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–6279.   MORRISON v. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 88–6280.   GARCIA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–6284.   WINTERS v. LYNCH ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–6291.   ADESIJI v. MINNESOTA.   C. A. 8th Cir.   Certiorari denied.